UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD KEENUM,<br><br>              Plaintiff,<br><br>v.<br><br>HAROLD CLARKE, et al.,<br><br>              Defendants. | CASE NO. C13-5688 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Court denies Defendants' motion to dismiss the action because assuming Plaintiff's allegations are true, Plaintiff has stated a claim for denial of due process regarding the destruction of his prayer oils.

Dated this 24th day February, 2014.

                                                BENJAMIN H. SETTLE
                                                United States District Judge

ORDER