UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD KEENUM,

               Plaintiff,

    v.

HAROLD CLARKE et al.,

              Defendants.

CASE NO. C13-5688 BHS-JRC

ORDER

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

      Before the Court is plaintiff's motion for additional time to respond to defendants' motions for summary judgment (Dkt. 28). Defendants do not oppose plaintiff's motion (Dkt. 29). The Court grants plaintiff's motion.

      The Court directs the Clerk's Office to re-note defendants' motions for summary judgment (Dkts. 24 and 25), for November 14, 2014. The extra week should give defendants time to file a reply to plaintiff's response if they choose to file one.

      Dated this 6th day of October, 2014.

                                                                       */s/ J. Richard Creatura*

                                                                       J. Richard Creatura
                                                                       United States Magistrate Judge